1  **BRIDGET KENNEDY**
California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5030
Telephone (619) 234-8467
4  Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6  Attorneys for Mr. Noriega-Jimenez
7
8                           UNITED STATES DISTRICT COURT
9                       FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,           )   Case No. 08MJ1863
                                       )
12              Plaintiff,             )
                                       )
13 v.                                  )
                                       )   **NOTICE OF APPEARANCE**
14 **JUAN ERNESTO NORIEGA-JIMENEZ,**   )
                                       )
15              Defendant.             )
                                       )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.
20                                         Respectfully submitted,
21 Dated: June 18, 2008                     *s/ Bridget Kennedy*
                                            Federal Defenders of San Diego, Inc.
22                                          *bridget_kennedy@fd.org*
23
24
25
26
27
28

1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Moreno-Jaramillo
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        )   Case No. 08mj1512
                                    )
12         Plaintiff,                )
                                    )
13 v.                               )   PROOF OF SERVICE
                                    )
14 **PEDRO ROMAN MORENO-JARAMILLO,**)
                                    )
15         Defendant.                )
                                    )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20         **United States Attorney**
           efile.dkt.gc1@usdoj.gov
21

22 Dated: May 21, 2008                       *s/ Bridget L. Kennedy*
                                             **BRIDGET L. KENNEDY**
23                                           Federal Defenders of San Diego, Inc.,
                                             225 Broadway, Suite 900
24                                           San Diego, CA 92101-5030
                                             (619) 234-8467  (tel)
25                                           (619) 687-2666  (fax)
                                             e-mail:bridget_kennedy@fd.org
26
27
28