AO 455(Rev. 5/85) Waiver of Indictment

**FILED**
JUL 1 5 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JUAN NORIEGA-JIMENEZ | CASE NUMBER: 08CR2308-WQH |

I, JUAN NORIEGA-JIMENEZ, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7-15-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Juan Ernesto Noriega J._
Defendant

_Bridget Kennedy_
Counsel for Defendant

Before _____
Judicial Officer